FILED

APR - 1 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:21CR226 |
| Plaintiff, | |
| v. | |
| DAVIS LU, | MOTION TO SEAL INDICTMENT |
| Defendant. | |

Now comes the United States of America, by and through counsel, Bridget M. Brennan, Acting United States Attorney, and Daniel J. Riedl, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s): danger to community and risk of flight.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should the defendant be located in another judicial district and a certified copy of this indictment is needed

for forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

BRIDGET M. BRENNAN
Acting United States Attorney

By: /s/ Daniel J. Riedl

Daniel J. Riedl (OH: 0076798)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3669
(216) 685-2378 (facsimile)
Daniel.Riedl@usdoj.gov