AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) Case No. **1:21CR226** |
| Davis Lu | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Davis Lu
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(A)(i)(VI), and (c)(4)(B)(i) - Intentionally Damaging Protected Computer(s)

Date: 4·1·21

*Issuing officer's signature*

City and state: Cleveland, Ohio

*Printed name and title*

### Return

This warrant was received on *(date)* 4/5/2021, and the person was arrested on *(date)* 04/14/2021
at *(city and state)* HOUSTON, TX

Date: 4/14/2021

*Arresting officer's signature*

BENJAMIN HYMAN   SPECIAL AGENT
*Printed name and title*