# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00226 |
| Plaintiff, | |
| v. | JUDGE: PAMELA BARKER |
| DAVIS LU, | **NOTICE OF APPEARANCE** |
| Defendant. | |

Please take notice that the undersigned counsel, Eric C. Nemecek, of Friedman & Nemecek, L.L.C., hereby enters his appearance as co-counsel of record, on behalf of Defendant, Davis Lu, in the above-captioned matter.

Respectfully Submitted,

/s/ Eric N. Nemecek
IAN N. FRIEDMAN (0068630)
ERIC N. NEMECEK (0083195)
Attorneys for Defendant
Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH 44114
Ph. (216) 928-7700
E-Mail: inf@fanlegal.com
E-Mal: ecn@fanlegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was filed on the 21st day of April, 2021 by CM/ECF, which will send a notification of electronic filing (NEF) to the following: Assistant United States Attorneys Brian S. Deckert and Daniel J. Riedl, 801 Superior Avenue, W., Cleveland, OH 44113.

/s/ Eric N. Nemecek
ERIC C. NEMECEK