IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 21-cr-00226 |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DAVIS LU, | ) ) | NOTICE OF APPEARANCE |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Nicholas L. McQuaid, Acting Assistant Attorney General, and Adrienne L. Rose, Trial Attorney, U.S. Department of Justice, and respectfully advises the Court that the undersigned will appear as counsel of record, and requests that all notices and entries sent by this Court be sent to Adrienne L. Rose, Trial Attorney.

Respectfully submitted,

NICHOLAS L. MCQUAID
Acting Assistant Attorney General

By:  /s/ *Adrienne L. Rose*
U.S. Department of Justice
Criminal Division
Computer Crime & Intellectual Property Section
1301 New York Avenue NW, Suite 600
Washington, DC 20005
Telephone: (202) 532-4779
FAX: (202) 514-6113
Adrienne.Rose@usdoj.gov