AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:21CR226 |
| | ) |
| Davis Lu | ) |
| *Defendant* | ) |

FILED
JUL 23 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Davis Lu ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(A)(i)(VI), and (c)(4)(B)(i) - Intentionally Damaging Protected Computer(s)

Date: 4·1·21

*Issuing officer's signature*

City and state: Cleveland, Ohio

*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/2/21 , and the person was arrested on *(date)* 4/14/21
at *(city and state)* Cleveland, OH .

Date: 7/23/2021

_____ for FBI
*Arresting officer's signature*

E. STRNAD / DUSM
*Printed name and title*