# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.  1:21-cr-00226 |
| **Plaintiff,** | **JUDGE PAMELA A. BARKER** |
| -vs- | |
| | **ORDER** |
| **DAVIS LU,** | |
| **Defendant.** | |

This matter is before the Court on the Unopposed Motion to Continue the trial of this matter, final pretrial and any pretrial motion deadlines.  Defendant's counsel represents that additional time is needed to continue the review of voluminous discovery materials and obtain documents and materials as requested by the expert witness to review to formulate an opinion in this case.

Upon receipt of the additional discovery items, Defense counsel represents the expert will need approximately six (6) weeks to conduct independent testing and/or analysis of the materials to formulate an opinion, generate an expert report and/or otherwise assist with preparing a defense to the charges herein at issue, including the filing of any pretrial motions that may be warranted.

For the foregoing reasons, the Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C.§§3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

**IT IS SO ORDERED.**

          _s/Pamela A. Barker_
          PAMELA A. BARKER
Date:  August 27, 2021          U. S. DISTRICT JUDGE