# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 1:21-cr-00226 |
| **Plaintiff,** | **JUDGE PAMELA A. BARKER** |
| -vs- | |
| | **ORDER** |
| **DAVIS LU,** | |
| **Defendant.** | |

This matter is before the Court on the Unopposed Motion to Continue the trial, final pretrial, and presently scheduled pretrial motion deadline.  On August 26, 2021, Defendant's counsel represented that additional time was needed to continue the review of voluminous discovery materials and obtain documents and materials as requested by the expert witness to review to formulate an opinion in this case.  Upon receipt of the additional discovery items, Defense counsel represented the expert will need approximately six (6) weeks to conduct independent testing and/or analysis of the materials to formulate an opinion, generate an expert report and/or otherwise assist with preparing a defense to the charges herein at issue, including the filing of any pretrial motions that may be warranted.

Defendant's counsel indicates the Government provided the additional discovery items on November 10, 2021, after the issuance of the Protective Order on October 21, 2021.  Defendant's counsel renews his request for additional time to allow him the opportunity to adequately review the recently-provided evidence, permit the Expert Witness to review and/or analyze the materials, and file any pretrial Motions that are warranted in this case.

For the foregoing reasons, the Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C.§§3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

**IT IS SO ORDERED.**

Date: November 16, 2021

                                              *s/Pamela A. Barker*
                                              PAMELA A. BARKER
                                              U. S. DISTRICT JUDGE