# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00226 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| -vs- | |
| | ORDER |
| DAVIS LU, | |
| Defendant. | |

This matter is before the Court on the Defendant's Unopposed Motion to Continue the jury trial, final pretrial conference and extend the relevant proceeding dates.  Defendant's counsel represents the issues herein before the Court are extremely complex and require a firm understanding of the functionality of the company's server, including various codes and programs.

Defendant's counsel represents that because these tasks cannot be completed prior to the deadlines set forth in the Trial Order, additional time is needed to review the evidence and consult with an expert witness to determine any potential defenses that Defendant might have at trial, including whether certain pretrial motions pertaining to the forensic evidence are warranted and/or necessary.

For the foregoing reasons, the Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C.§§3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

**IT IS SO ORDERED.**

                                                   *s/Pamela A. Barker*
                                                   PAMELA A. BARKER

Date:  February 15, 2022                    U. S. DISTRICT JUDGE