IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR00226-PAB |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| DAVIS LU | ) | NOTICE OF APPEARANCE |
| | ) | (CO-COUNSEL) |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko Attorney for the United States, Acting Under Authority Conferred by 28, United States Code, Section 515, and Assistant U. S. Attorneys Brian S. Deckert and Daniel J. Riedl, and respectfully advises the Court that the undersigned will appear as co-counsel of record, and requests that all notices and entries sent by this Court to Assistant U. S. Attorneys Brian S. Deckert and Daniel J. Riedl, also be sent to Candina S. Heath, Senior Counsel, U.S. Department of Justice.

    Respectfully submitted,

    REBECCA C. LUTZKO
    United States Attorney

By:   */s/ Candina S. Heath*
    Candina S. Heath (TX:  09347450)
    Senior Counsel
    U.S. Department of Justice
    Computer Crime and Intellectual Property Section
    1301 New York Ave., N.W., Suite 600
    Washington DC,20005
    (202) 307-1049
    (202) 923-5211Candina.Heath2@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of August 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                    */s/ Candina S. Heath*
                                    Candina S. Heath
                                    Senior Counsel
                                    U.S. Department of Justice