## ACKNOWLEDGEMENT AND WAIVER
## OF RIGHT TO SPEEDY TRIAL

I, Davis Lu, Defendant in the matter of *United States of America vs. Davis Lu*, United States District Court for the Northern District of Ohio Case No. 1:21-cr-226, hereby waive both my Constitutional and statutory right to a speedy trial in the above-captioned case in connection with my request to extend the Pretrial Motion deadline, Final Pretrial, and Trial dates, which was filed on January 24, 2024. Specifically, I waive my right to a speedy trial provided to me under the United States Constitution as well as the Speedy Trial Act, 18 U.S.C. § 3161, *et. seq.*, for the period of the requested extension, *to wit*: January 24, 2024, through June 7, 2024.

I have had the opportunity to discuss my right to a speedy trial with counsel as well as my decision to waive the same. My decision to waive my right to a speedy trial as set forth herein is being made knowingly, voluntarily and intelligently.

_____  1/25/2024
DAVIS LU                          DATE

**Witnessed by:**

_____  1/25/2024
ERIC C. NEMECEK, ESQ.             DATE