IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR226 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| DAVIS LU, | ) | GOVERNMENT'S NOTICE OF EXPERT |
| | ) | TESTIMONY PURSUANT TO FEDERAL |
| Defendant. | ) | RULE OF EVIDENCE 702 |

Now comes the United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, and Daniel J. Riedl and Brian S. Deckert, Assistant United States Attorneys, and hereby gives notice pursuant to Federal Rule of Evidence 702 and Criminal Rule 16 of its intent to offer the testimony of Matt Rose, Engineering and IT Application Manager and Technical Specialist. The government hereby provides the following Notice and Disclosures as pertinent to the above-reference witness:

1. **Complete Statement of All opinions**: Witness opinions/findings are set forth in the Opinion Statement provided to defense counsel. The government is aware of its obligation under Federal Rule of Criminal Procedure 16(a)(1)(G)(i) to disclose any testimony the government intends to use during its rebuttal to counter testimony that the defendant has timely disclosed under (b)(1)(C). At this time, the government has not received a notice from the defendant that he intends to offer expert testimony. Should the defendant make a timely disclosure under this rule, the government respectfully requests the opportunity to supplement this disclosure.

2. **Bases or reasons for opinions**: The bases for witness opinions/findings are set forth in the Opinion Statement provided to defense counsel.

3. **Qualifications**: Qualifications are set forth in the Statement of Qualifications provided to defense counsel.

4. **Publications authored in previous 10 years**:

    *None*

5. **List of all cases within the last 4 years witness has testified as an Expert at trial or by deposition**:

    *None*

                    Respectfully submitted,

                    REBECCA C. LUTZKO
                    United States Attorney

By:   /s/ Brian S. Deckert
       Brian S. Deckert (OH: 0071220)
       Daniel J. Riedl (OH: 0076798)
       Assistant United States Attorneys
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3873/3669
       (216) 685-2378 (facsimile)
       Brian.Deckert@usdoj.gov
       Daniel.Riedl@usdoj.gov