## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00226 |
| Plaintiff, | |
| v. | JUDGE: PAMELA BARKER |
| DAVIS LU, | **NOTICE OF APPEARANCE** |
| Defendant. | |

Please take notice that the undersigned counsel, Mara M. Hirz, of Friedman Nemecek Long & Grant, L.L.C., hereby enters their appearance as counsel of record, on behalf of Defendant, Davis Lu, in the above-captioned matter.

Respectfully Submitted,

/s/ Mara M. Hirz
MARA M. HIRZ (0100608)
Counsel for Defendant
Friedman Nemecek Long & Grant, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, OH  44114
Ph. (216) 928-7700
E-Mail: mmh@fanlegal.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Appearance was filed on the 22 day of April, 2024 by CM/ECF, which will send a notification of electronic filing (NEF) to the following: Assistant United States Attorneys Brian S. Deckert and Daniel J. Riedl, 801 Superior Avenue, W., Cleveland, OH 44113.

                                               /s/ Mara M. Hirz
                                               MARA M. HIRZ
                                               Counsel for Defendant