

Forum   About   Theme   Log in / Sign up

 
Draw  Radicals  Voice

All ▼   English, Japanese, Romaji, words or text    

は　かい
**破壊**

**Noun, Suru verb, Transitive verb, Intransitive verb**

1. destruction; disruption

   たいふう　　おお　　　いえ　　はかい
   その台風　は多くの家　を破壊　した。
   The typhoon destroyed many houses.

**Noun, Suru verb, Transitive verb, Intransitive verb**

common word
jlpt n1
wanikani level 35

Play audio

Links

2. (application) crash  *Computing*

**Wikipedia definition**

3. **Subversion**  Subversion refers to an attempt to transform the established social order and its structures of power, authority, and hierarchy. Or more specifically, subversion can be described as an attack on the public morale and, "the will to resist intervention are the products of combined political and social or class loyalties which are usually attached to national symbols.

Read "Subversion" on English Wikipedia
Read "破壊" on Japanese Wikipedia
Read "Subversion" on DBpedia

**Kanji in this word**

10 strokes. JLPT N3. Jōyō kanji, taught in grade 5.

**破**  rend, rip, tear, break, destroy, defeat, frustrate

Kun: やぶ.る、　やぶ.れる、　わ.れる

On: ハ

Details ▶

16 strokes. JLPT N1. Jōyō kanji, taught in junior high.

**壊**  demolition, break, destroy

Kun: こわ.す、　こわ.れる、　やぶ.る

On: カイ、　エ

Details ▶



GOVERNMENT ATTACHMENT

A