≡ **Dictionary** **Translate** **Grammar** **Thesaurus** **Cambridge Dictionary +Plus** **Shop**     f ⊙ X   **Log in / Sign up**   🌐 English (UK) ▾

[ 破壊    x | ⇌ Japanese–English : ] 🔍   **English**   **Grammar**   **English–Spanish**   **Spanish–English**

− **56%** cost per case
+ **266%** signed cases
**Within 13 months of operating!**
Are you seeing similar results in your marketing?
**Get my Free Marketing Plan**

**Free Custom Growth Blueprint** — It's About Time Your Firm Saw Supercharged ROI from Your Marketing Investment. **Contact Us**

Translation of 破壊 – Japanese–English dictionary    f X

## 破壊

*noun*

(はかい)

Add to word list ▦

壊すこと

destruction, demolition

- ビル／旧体制／環境 を破壊する
  to demolish a building / to destroy the old regime / to destroy environment

*(Translation of 破壊 from the GLOBAL Japanese–English Dictionary © 2015 K Dictionaries Ltd)*

TRANSLATION of 破壊 | PASSWORD JAPANESE–ENGLISH DICTIONARY

   f X

## 破壊

*noun*

**demolition** [noun]

**destruction** [noun] the act or process of destroying or being destroyed

**destruction** [noun] the state of being destroyed; ruin

**rape** [noun] the act of causing great damage, destruction etc to land etc.

Test your vocabulary with our fun image quizzes

**Try a quiz now**

#1 DERMATOLOGIST RECOMMENDED SKINCARE BRAND
Cleansing that gives, not just takes
CeraVe Hydrating Facial Cleanser
**LEARN MORE ▸**
CeraVe

f X
WORD OF THE DAY

## knock someone down

to cause someone or something to fall to the ground by hitting him, her, or it

**GOVERNMENT ATTACHMENT**

**B**