GOVERNMENT
ATTACHMENT

C

LANGUAGE    TRANSLATOR    GAMES    SCHOOLS    More ▼

≡ **Collins**    Hakai    ✕ 🔍

Japanese | English | French | German | Italian | More ▼

English to Japanese | Japanese to English | Video ▼

## 収壊

/hakai/

1. destruction 🔊
   **uncountable noun**

   **Destruction** is the act of destroying something, or the state of being destroyed.

   *...an international agreement aimed at halting the destruction of the ozone layer.* オゾン層の破壊を食い止めるための国際合意

2. oblivion 🔊
   **uncountable noun**

   If you say that something is bombed or blasted **into oblivion**, you are emphasizing that it is completely destroyed.

   [emphasis]
   *An entire poor section of town was bombed into oblivion.* 町の貧困区域全体が爆弾で破壊されました.

3. wreck 🔊
   **countable noun**

   A **wreck** is an accident in which a moving vehicle hits something and is damaged or destroyed.

   [mainly Am]
   *He was killed in a car wreck.* 彼は自動車事故で亡くなりました.

Copyright © by HarperCollins Publishers. All rights reserved.

Barracu

Does yo
Email
Protecti
have tee

Get FIERCE D
for complex th

GET PROTECTED

Quick Word Challenge

Question: 1 – Score: 0 / 5
**FLOWERS**

What is this an image of?



( pansy )
( dahlia )
( tulip )
( sunflower )

**Next**

Try 30 days of
Prime for $0.