\#: 47-4  Filed:

Merriam-Webster's **JAPANESE-ENGLISH** Learner's Dictionary

[GARLAND STATE UNIVERSITY LIBRARY]

*(dictionary page — highlighted entry:)*

**ha׳kai** (はか) (破壊) *n.* destruction; demolition: *Sūshisu-shisetsu no hakai* (通信施設の破壊) *the destruction of communication facilities* | *kankyō no hakai* (環境の破壊) *environmental disruption.*
**hakai suru** (～する) *vt.* destroy;