☰    **WORDS**    **CHARACTERS**    **TRANSLATE**    **PRACTICE**    **HELP**

Look up Chinese, Pinyin or English? | Look up All Chinese Words in a Text?

[Simplified Chinese ▼]

`HUNSHUI`   [Go] 🖌

Auto complete input: off | on

Advanced Search
Show Examples and Help

*Did you mean:* hanshui, hunshi, hunshu, hengshui, honshu, hanshi, huanshi, hunzhuo, hanghui, hanshu ?

*Search for entries containing your query instead:* *HUNSHUI*

ⓘ Show Legend
🖌 Display Settings

| Simplified<br>Pīnyīn | English Definition ➕ | Traditional<br>HSK |
|---|---|---|
| 昏睡<br>hūnshuì | to sleep heavily (due to illness, fatigue etc) | |

**GOVERNMENT ATTACHMENT**

**G**