

外研社

# 汉英小词典

FLTRP

Little Chinese-English Dictionary

FOREIGN LANGUAGE TEACHING AND RESEARCH PRESS

【昏黑】hūnhēi ❶ murky; twilight ❷ dazed; befuddled: 头脑~ feel in a daze

【昏花】hūnhuā dim-sighted: 老眼~ dim-sighted from old age

【昏黄】hūnhuáng pale yellow; faint; dim: 月色~ faint moonlight / ~的灯光 a dim light

【昏厥】hūnjué faint; swoon

【昏迷】hūnmí stupor; coma: ~不醒 fall into a coma; faint away

【昏聩】hūnkuì a fatuous and self-indulgent ruler

【昏乱】hūnluàn decrepit and muddle-headed; ~无能 muddle-headed and incompetent

【昏眩】hūnxuàn dazed and confused; befuddled

【昏睡】hūnshuì be stuporous; be comatose: 处于~状态 be in a state of unconsciousness; be in a coma / 不能 remain unconscious

【昏睡】hūnshuì ❶ be in a lethargic state
【昏死】hūnsǐ faint; fall into a coma

【昏天黑地】hūntiān-hēidì ❶ pitch-dark; in pitch-darkness ❷ be in a state of delirium; lose consciousness ❸ dissipated: 过着~的生活 lead a dissipated life ❹ dark rule and social disorder

【昏头昏脑】hūntóu-hūnnǎo dizzy; giddy; ~ 一阵 a spell of giddiness

【昏庸】hūnyōng fatuous; muddle-headed; stupid

荤 hūn ❶ meat or fish; 三~一素 three meat dishes and one vegetable dish

【荤菜】hūncài meat dish
【荤腥】hūnxīng meat and fish
【荤油】hūnyóu lard

婚 hūn marry; marry Ⅱ~礼 wedding

【婚变】hūnbiàn divorce

【婚介】hūnjiè matchmaking; ~ 机构 match-making service

【婚礼】hūnlǐ wedding ceremony; wedding

【婚配】hūnpèi marry: 子女两人, 均未~. Both son and daughter are unmarried.

【婚庆】hūnqìng wedding ceremony

【婚纱】hūnshā (lady's) wedding dress (or garment)

【婚事】hūnshì marriage; wedding: 操办~ prepare a wedding

【婚外恋】hūnwàiliàn an extramarital af-

fair

【婚姻】hūnyīn ❶ marriage: matrimony; ~ 自由 freedom of marriage ◇ ~介 绍所 matrimonial agency ~关系 marriage contract; engagement; 解除~ break off one's engagement

浑 hún ❶ muddy; turbid; ~水 muddy water ❷ foolish; stupid; ~人 unreasonable fellow ❸ simple and natural; unsophisticated; ~朴 simple and honest ❹ whole; all over; ~身 from head to foot

【浑蛋】húndàn 〈骂〉 blackguard; wretched scoundrel; bastard; skunk

【浑厚】húnhòu ❶ simple and honest (of writing, painting, etc.) ❷ simple and vigorous; 笔力~ (of handwriting) bold and vigorous strokes

【浑浑噩噩】húnhún'è'è muddle-headed and ignorant

【浑朴】húnpǔ simple and honest; simple and honest in nature; of simple and honest character; 为人~ a man of simple and honest character

【浑然】húnrán ❶ one integrated mass; a unified entity; an integral whole
【浑然一体】húnrán yītǐ be the whole body; be fused into a whole ❷ be every inch a hero; be the embodiment of valour

【浑水摸鱼】húnshuǐ mō yú fish in troubled waters

【浑水】húnshuǐ muddy water
【浑水】húntuō foul (or shirk) work

【馄饨】húntun wonton; dumpling soup

魂 hún ❶ soul; 灵~ soul; spirit; mind ❷ mood; lofty spirit of a nation; 民族~ national spirit

【魂不附体】hún bù fù tǐ feel as if one's soul had left one's body; 吓得~ be scared out of one's wits

【魂不守舍】hún bù shǒu shè have lost one's mind

【魂魄】húnpò soul

【魂牵梦萦】húnqiān-mèngyíng miss very much; pine for

诨 hùn joke; jest

【诨名】hùnmíng nickname

混 hùn ❶ mix; confuse; ~在一起

things up ❷ pass for; pass off as; 鱼目~珠 sham as genuine ❸ muddle along; drift along; ~日子 eke out an existence for the sake of making a living ❹ get along with sb.; 同他们~得很熟 be quite familiar with them

【混充】hùnchōng ❶ pass oneself off as; palm sth. off as; ~内行 pass oneself off as an expert

【混沌】hùndùn ❶ chaos (the primeval state of the universe according to folklore) ❷ ignorant; simple-minded; muddle-headed

【混纺】hùnfǎng 〈纺〉 blending; ~织物 blend fabric

【混合】hùnhé mix; blend; mingle ◇ ~ 打(机) mixer ~双打 mixed doubles; ~ 曲 mixed music

【混淆】hùnxiáo ❶ confused; chaotic; 思想~ ideological confusion ❷ 交通~ chaotic traffic conditions / 管理~ bad management

【混凝土】hùnníngtǔ concrete; ~搅拌机 concrete mixer / ~搅拌 concrete structure

【混世】hùnshì drift along aimlessly
【混同】hùntóng confuse; mix up

【混为一谈】hùn wéi yī tán lump (or jumble) together; confuse sth. with sth. else
【混淆】hùnxiáo obscure; blur; confuse; mix up; ~敌友 confuse friend with foe / ~黑白 mix up black and white; confound right and wrong; ~是非 confuse right and wrong

【混血儿】hùnxuè'ér a person of mixed bloods; half-breed

【混杂】hùnzá mix; mingle; 鱼龙~ good and bad people mixed up

【混战】hùnzhàn tangled warfare; 军阀~ tangled warfare among warlords; fighting between warlords

【混】hùn ❶ (of enemies, behaviour, etc.) impudent; ~话 impudent remark

【混浊】hùnzhuó muddy; turbid; ~的空气 foul (or stale) air / 两眼~ bleary-eyed

【混】hùn ❶ alt; break; crack; ~口 opening; break; breach ❷ give up; sacrifice; ready to risk everything ~另见 huò

和 hé ❷ mix (powder) with water, etc.; 和面 knead dough ~另见 hé, hè, huó

活 huó ❶ live; 她~到八十岁. She

lived to be eighty. ❶ ❶ alive; living; ~标本 living specimen / ~鱼 live fish ❷ vivid; lively; 栩栩如生~ reinvigorate the economy 脑子活 a quick mind ❸ movable; moving; ~扣 a knot that can be undone by a pull; slipknot ❹ exactly; simply; ~像 look exactly like Ⅳ ❶ work; 干一天~ work for a day; physical work ❷ product; 这批~儿做得很好. This batch of products is well made.

【活宝】huóbǎo ❶ a bit of a clown; a funny fellow

【活蹦乱跳】huóbèng-luàntiào skip and jump about; gambol; frolic

【活到老学到老】huó dào lǎo xué dào lǎo one is never too old to learn; keep on learning as long as you live

【活动】huódòng Ⅰ ❶ move about; exercise; ~一下腿 limber up the joints; limber oneself up ❷ be shaky; be unsteady; 这牙~了. This tooth is loose. ❸ use personal influence or irregular means; 替他~ put in a word for him; use one's influence on his behalf Ⅱ ❶ movable; flexible; ~房屋 mobile home Ⅲ ❶ activity; manoeuvre; 政治~ political activities / ~余地 room for manoeuvre

【活该】huógāi 〈口〉 it serves sb. right; ~谁叫你不听我的话. It serves you right. You should have listened to me.

【活活】huóhuó while still alive; ~发死 be beaten to death
【活泼泼】huópō alive / ~打死 be beaten to death

【活计】huójì ❶ handicraft work; manual labour Ⅱ 针~ needlework ❷ handicraft work

【活力】huólì vigour; vitality; energy; 充满~ with plenty of vigour and vitality; full of vigour

【活灵活现】huólíng-huóxiàn vivid; lifelike

【活命】huómìng ❶ means of subsistence; way out ❷ workable method

【活路】huólù ❶ earn a bare living; scrape along; eke out an existence ❷ save sb.'s life

【活泼】huópō ❶ lively; vivacious; vivid; 天真~的孩子 lively children

【活期】huóqī demand; current deposit; 活期存款 demand deposit ◇ ~存款 current account

【活生生】huóshēngshēng Ⅰ ❶ real; living; ~的例子 a living example Ⅱ ❶ while still alive; ~打死 be beaten to death

【活受罪】huóshòuzuì 〈口〉 suffer a living hell; have a hell of a life