IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR226 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| DAVIS LU, | ) | MOTION FOR LEAVE TO FILE UNDER |
| | ) | SEAL |
| Defendant. | ) | |

The United States of America, by and through its counsel, Rebecca C. Lutzko, United

States Attorney, and Daniel J. Riedl, Assistant United States Attorney, requests leave of this

Honorable Court to file its Motion to Provide PowerPoint Presentation under seal.  The defense

PowerPoint, which will be attached to the motion, contains sensitive proprietary information

about the victim's network.  Public disclosure of this information could be harmful to the victim.

After filing, the United States will serve the Defendant's counsel with the document.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By:    /s/ Daniel J. Riedl
Daniel J. Riedl (OH: 0076798)
Assistant United States Attorneys
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3669
(216) 522-8355 (facsimile)
Daniel.Riedl@usdoj.gov