**IT IS SO ORDERED.**

s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR226 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| DAVIS LU, | ) | MOTION FOR LEAVE TO FILE UNDER SEAL |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, and Daniel J. Riedl, Assistant United States Attorney, requests leave of this Honorable Court to file its Motion to Provide PowerPoint Presentation under seal. The defense PowerPoint, which will be attached to the motion, contains sensitive proprietary information about the victim's network. Public disclosure of this information could be harmful to the victim. After filing, the United States will serve the Defendant's counsel with the document.

                                                    Respectfully submitted,

                                                    REBECCA C. LUTZKO
                                                    United States Attorney

By:    /s/ Daniel J. Riedl
          Daniel J. Riedl (OH: 0076798)
          Assistant United States Attorneys
          801 West Superior Avenue, Suite 400
          Cleveland, OH 44113
          (216) 622-3669
          (216) 522-8355 (facsimile)
          Daniel.Riedl@usdoj.gov