IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 1:21-cr-226 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE PAMELA A. BARKER |
| vs. | ) | |
| | ) | |
| DAVIS LU, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE MOTION TO CONTINUE *INSTANTER***

Now comes the Defendant, Davis Lu, by and through undersigned counsel, Friedman Nemecek Long & Grant, L.L.C., and hereby requests leave to file Defendant's Motion to Continue Trial, *instanter*.

Defendant respectfully submits that this motion for leave is not made for purposes of delay and is made only in light of the circumstances that have arisen during the previous two days of jury selection. This motion is made only to ensure that Mr. Lu's fundamental right to a fair trial is protected. Defense counsel respectfully submits that the Motion to Continue, attached hereto as *Exhibit A*, was drafted in a timely manner.

Defendant further submits that the Government will not be prejudiced by the filing of this motion. To promote the interests of justice and fundamental fairness, Defendant respectfully requests that this Honorable Court grant him leave to file Defendant's Motion to Continue Trial.

                                         Respectfully submitted,

Dated: July 23, 2024                 /s/ *Ian N. Friedman*
                                            ERIC C. NEMECEK (0083195)
                                            IAN N. FRIEDMAN (0068630)
                                            Counsel for Defendant
                                            Friedman & Nemecek, L.L.C.
                                            1360 East 9th Street, Suite 650
                                            Cleveland, Ohio 44114
                                            P: (216) 928-7700
                                            F: (216) 820-4659
                                            E: inf@fanlegal.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Motion was filed by CM/ECF on the 23rd day of July, 2024, which will send a notification of such filing electronically to the following: Daniel Riedl, Assistant United States Attorney, 801 Superior Avenue, Cleveland, OH 44113.

                          Respectfully submitted,

                          /s/ *Ian N. Friedman*
                          ERIC C. NEMECEK
                          IAN N. FRIEDMAN
                          Counsel for Defendant