**IT IS SO ORDERED.**

s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.: 1:21-cr-226 |
| Plaintiff, | ) | |
| | ) | JUDGE PAMELA A. BARKER |
| vs. | ) | |
| DAVIS LU, | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE MOTION TO CONTINUE *INSTANTER***

Now comes the Defendant, Davis Lu, by and through undersigned counsel, Friedman Nemecek Long & Grant, L.L.C., and hereby requests leave to file Defendant's Motion to Continue Trial, *instanter*.

Defendant respectfully submits that this motion for leave is not made for purposes of delay and is made only in light of the circumstances that have arisen during the previous two days of jury selection. This motion is made only to ensure that Mr. Lu's fundamental right to a fair trial is protected. Defense counsel respectfully submits that the Motion to Continue, attached hereto as *Exhibit A*, was drafted in a timely manner.

Defendant further submits that the Government will not be prejudiced by the filing of this motion. To promote the interests of justice and fundamental fairness, Defendant respectfully requests that this Honorable Court grant him leave to file Defendant's Motion to Continue Trial.