IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR226 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| DAVIS LU, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court pursuant to a Motion by the United States under Rule 17(c) of the Federal Rules of Criminal Procedure, requesting that the Court issue an Order permitting the issuance of an early production subpoena to Archive.org.  It is hereby ORDERED that the Application is GRANTED.

The Court hereby permits the government to issue and serve the original subpoena to Archive.org for the production of certain records, per Rule 17(c) of the Federal Rules of Criminal Procedure.  Furthermore, the Court orders the subpoena be made returnable to the United States Attorney's Office on or before 11/22/2024.  The Court further orders the government to disclose any documents or information provided in response to said subpoena promptly to defense counsel.

_____
PAMELA A. BARKER
UNITED STATES DISTRICT JUDGE


_____
DATE