IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR226 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| DAVIS LU, | ) | JOINT PROPOSED JURY |
| | ) | INSTRUCTION FOR OPINION |
| Defendant. | ) | WITNESSES |

The United States of America, by and through counsel, Carol M. Skutnik, Acting United States Attorney, and Brian S. Deckert and Daniel J. Riedl, Assistant United States Attorneys, and Candina S. Heath, Senior Counsel, Department of Justice Computer Crime and Intellectual Property Section; and Defendant Davis Lu, by and through his counsel, Ian N. Friedman and Eric C. Nemecek, hereby files this Joint Proposed Jury Instruction for Opinion Witnesses.

During the pretrial conference on January 27, 2025, the parties agreed with the Court's proposal to not temporally bifurcate the testimony of fact and opinion witnesses, but to instead use the following procedure:

(1) The examining attorney shall make a clear demarcation when eliciting an opinion;

(2) The court will provide a cautionary instruction to the jurors at the first elicitation of an opinion from a witness; and

(3) This court will instruct the jury at the conclusion of trial with the Sixth Circuit Pattern Jury Instructions 7.03 and 7.03A.

As instructed by the Court, the parties have conferred and propose the following cautionary instruction:

"Mr. [X] has testified as a fact witness and is now being asked to offer his opinion. A witness

1

who has special knowledge, skill, experience, training, or education may give his opinion concerning such matters.  You do not have to accept his opinion.  In deciding how much weight to give an opinion, you should consider the witness' qualifications and how he reached his conclusion.  I will provide further instructions at the end of the trial regarding weighing the credibility of witnesses."

    Respectfully submitted this the 21st day of February 2025.

                                  Respectfully submitted,

                                  CAROL M. SKUTNIK
                                United States Attorney

                           By: /s/ Brian S. Deckert
                                Brian S. Deckert (OH: 0071220)
                                Daniel J. Riedl (OH: 0076798)
                                Assistant United States Attorneys
                                801 West Superior Avenue, Suite 400
                                Cleveland, OH 44113
                                (216) 622-3873/3669
                                (216) 522-8355 (facsimile)
                                Brian.Deckert@usdoj.gov
                                Daniel.Riedl@usdoj.gov

                           By: /s/ Candina S. Heath
                                Candina S. Heath (TX #09347450)
                                Senior Counsel
                                U.S. Department of Justice Criminal Division
                                Computer Crime & Intellectual Property
                                John C. Keeney Building, Suite 600
                                Washington, DC 20530
                                (202) 923-5211
                                Email: Candina.Heath2@usdoj.gov

                           By: /s/ Ian N. Friedman
                                IAN N. FRIEDMAN (0068630)
                                ERIC C. NEMECEK (0083195)
                                Counsel for Defendant
                                Friedman Nemecek Long & Grant, L.L.C.
                                1360 East 9th Street, Suite 650
                                Cleveland, Ohio 44114
                                P: (216) 928-7700
                                F: (216) 820-4659
                                E: inf@fanlegal.com
                                E: ecn@fanlegal.com