IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:21CR226 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| DAVIS LU, | ) | |
| | ) | **NOTICE OF JOINT STIPULATION** |
| Defendant. | ) | **CONCERNING THE ADMISSION OF** |
| | ) | **GOVERNMENT'S EXHIBITS** |

Now come the parties, by and through undersigned counsel, and hereby provide notice of their joint stipulation concerning the Government's exhibits in the above-captioned matter. Specifically, defense counsel has informed the Government that the Defendant does not have an objection to the admission of the following exhibits: **1, 2, 3A, 3B, 3C, 4, 5, 6, 8, 10, 11, 11A, 11B, 12, 13, 14, 15, 16, 17, 18, 19, 20, and 21.**

Pursuant to this stipulation, the parties move this Court to admit the above exhibits and submit them to the jury for their consideration.

Respectfully submitted,

/s/ Eric C. Nemecek
Eric C. Nemecek (0083195)
Ian N. Friedman (0068630)
Counsel for Defendant
Friedman Nemecek Long & Grant, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, Ohio 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com
E: inf@fanlegal.com

/s/ Brian S. Deckert
Brian S. Deckert (0071220)
Daniel J. Riedl (0076798)
Assistant United States Attorneys
801 West Superior Avenue, Ste. 400
Cleveland, OH 44113
P: (216) 622-3873/3669
F: (216) 522-8355
E: Brian.Deckert@usdoj.gov
E: Daniel.Riedl@usdoj.gov