# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:21-cr-00226** |
| | ) | |
| | ) | **JUDGE PAMELA A. BARKER** |
| **Plaintiffs,** | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **DAVIS LU,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The jurors in the above-captioned case were provided meals during deliberations beginning on March 6, 2025, and the expense for same shall be paid by the Court.

**IT IS SO ORDERED.**

Dated: March 6, 2025                                  *s/Pamela A. Barker*
                                                                      PAMELA A. BARKER
                                                                      UNITED STATES DISTRICT JUDGE