IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO.: 1:21-CR-226-PAB-1 |
| v. | ) |
| DAVIS LU, | ) |
| Defendant. | ) |

**MOTION TO APPEAR PRO HAC VICE**

Pursuant to Local Criminal Rule 57.5(h), Peter Zeidenberg respectfully seeks admission *pro hac vice* to appear in the above-captioned case on behalf of Defendant Davis Lu, and states the following in support of this Motion:

1. The highest state court to which I am admitted is the District of Columbia Court of Appeals. I am a member in good standing of the bar of the District of Columbia, I was admitted on February 4, 1994, and my DC Bar number is 440803.

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I am paying to the Court the required *pro hac vice* admission fee of $120.00.

WHEREFORE, the undersigned requests that the Court grant this Motion and permit Peter Zeidenberg to appear *pro hac vice* in this case.

Dated: March 24, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 /s/ Peter Zeidenberg
　　　　　　　　　　　　　　　　　　　　　　Peter Zeidenberg
　　　　　　　　　　　　　　　　　　　　　　ArentFoxSchiff LLP
　　　　　　　　　　　　　　　　　　　　　　1717 K Street, NW
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　　Ph: (202) 857-6139
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 857-6395
　　　　　　　　　　　　　　　　　　　　　　peter.zeidenberg@afslaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Davis Lu*


## DECLARATION PURSUANT TO 28 U.S.C. § 1746

I, Peter Zeidenberg, swear to my current good standing with the District of Columbia Court of Appeals and the Bar of the District of Columbia. I declare under penalty of perjury that the foregoing is true and correct.

By: _____
　　Peter Zeidenberg
　　DC Bar No. 440803

**CERTIFICATE OF SERVICE**

I certify that on March 24, 2025, a true and correct copy of the foregoing was served by the Court's CM/ECF system in all counsel of record.

                                                */s/ Peter Zeidenberg*
                                                Peter Zeidenberg