**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 1:21-CR-226-PAB-1 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVIS LU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Criminal Rule 57.5(h), Apeksha Vora respectfully seeks admission *pro hac vice* to appear in the above-captioned case on behalf of Defendant Davis Lu, and states the following in support of this Motion:

1.      The highest state court to which I am admitted is the New York State Court of Appeals. I am a member in good standing of the bar of the State of New York, I was admitted on May 14, 2018, and my New York Bar number is 5614094.

2.      I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.      I am paying to the Court the required *pro hac vice* admission fee of $120.00.

WHEREFORE, the undersigned requests that the Court grant this Motion and permit Apeksha Vora to appear *pro hac vice* in this case.

1

Dated:  March 28, 2025

Respectfully submitted,

 */s/ Apeksha Vora*

Apeksha Vora
ArentFoxSchiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Ph:  (212) 457-5420
Fax:  (212) 484-3990
apeksha.vora@afslaw.com

Peter Zeidenberg
ArentFoxSchiff LLP
1717 K Street, NW
Washington, DC 20006
Ph:  (202) 857-6139
Fax:  (202) 857-6395
peter.zeidenberg@afslaw.com

*Counsel for Defendant Davis Lu*

## DECLARATION PURSUANT TO 28 U.S.C. § 1746

I, Apeksha Vora, swear to my current good standing with the New York State Court of Appeals and Bar of the State of New York.  I declare under penalty of perjury that the foregoing is true and correct.

By:  _____

ApekshaVora
NY Bar No. 5614094

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 28, 2025, a true and correct copy of the foregoing was served by the Court's CM/ECF system in all counsel of record.

 */s/ Apeksha Vora*
Apeksha Vora