# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO.: 1:21-CR-226-PAB-1 |
| v. | ) |
| DAVIS LU, | ) |
| Defendant. | ) |

## (PROPOSED) ORDER ON MOTION TO CLARIFY SCHEDULING ORDER AND DEADLINES AND TO VACATE THE SENTENCING DATE

UPON CONSIDERATION of Defendant, Davis Lu's Motion to Clarify Scheduling Order and Deadlines and to Vacate the Sentencing it is hereby:

**ORDERED** that the Motion is **GRANTED**.

The Defendant is granted a deadline of June 6, 2025 to file a reply brief. The June 23 sentencing date is vacated. Defendant's objections to the PSR are not due until 14 days after any denial of his motion for a new trial.

Entered this _____ day of _____, 2025.

_____
Judge, United States District Court for the
Western District of Texas

*-Signatures To Follow-*

1

*WE ASK FOR THIS:*

/s/ *Peter Zeidenberg*
Peter Zeidenberg (*pro hac vice*)
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395
peter.zeidenberg@afslaw.com

Apeksha Vora (*pro hac vice*)
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Ph: (212) 457-5420
Fax: (212) 484-3990
apeksha.vora@afslaw.com

*Counsel for Defendant Davis Lu*

3

## CERTIFICATE OF SERVICE

I certify that on May 16, 2025, a true and correct copy of the foregoing was served by the Court's CM/ECF system on all counsel of record.

                                                            */s/ Peter Zeidenberg*
                                                            Peter Zeidenberg