# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CASE NO.: 1:21-CR-226-PAB-1 |
| | ) |
| v. | ) |
| | ) |
| DAVIS LU, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**UNOPPOSED MOTION TO EXTEND DEFENDANT DAVIS LU'S DEADLINE TO REPLY TO HIS MOTION FOR A NEW TRIAL**

Defendant Davis Lu moves to extend his deadline to reply to his motion for new trial from its current June 2, 2025 deadline to a new deadline of June 6, 2025. In support of this motion, Mr. Lu states:

1. On April 8, 2025, the defense filed an Unopposed Scheduling Order for Post-Conviction Filings Dkt. No. 106. In it, the parties agreed that the defense would file any post-trial motions on May 12; the government's opposition would be due two weeks later, on May 26; and any reply would be due June 2. Dkt. No. 106, at 2. Mr. Lu timely filed his motion for new trial. Dkt. No. 108.

2. On May 16, the Government filed a motion seeking four additional days to respond to Mr. Lu's motion and to reinstate the deadlines for objections to the PSR. ECF No. 110. The Court granted the request for four additional days to file its response. The Government's response brief is now due Friday, May 30, 2025.

3. The Court's order did not modify Mr. Lu's deadline to submit a reply, if any, to the Government's response brief. As a result, under the current schedule, Mr. Lu's reply brief would

1

be due on Monday, June 2, giving him just 2 weekend days to determine whether a reply is necessary and draft that reply.

4. Given that the current deadlines give Mr. Lu just 2 weekend days to evaluate the Government's opposition brief, determine whether a reply brief is necessary, and draft that reply brief, Mr. Lu respectfully requests that his deadline for any reply brief be due June 6, 2025. This deadline would give Mr. Lu the same one week to reply as the parties originally agreed.

5. The Government does not oppose this motion.

Dated: May 19, 2025

Respectfully submitted,

 /s/ Peter Zeidenberg
Peter Zeidenberg (*pro hac vice*)
ArentFox Schiff LLP
1717 K Street, NW
Washington, DC 20006
Tel: (202) 857-6000
Fax: (202) 857-6395
peter.zeidenberg@afslaw.com

Apeksha Vora (*pro hac vice*)
ArentFox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Ph: (212) 457-5420
Fax: (212) 484-3990
apeksha.vora@afslaw.com

*Counsel for Defendant Davis Lu*

3

## **CERTIFICATE OF SERVICE**

    I certify that on May 19, 2025, a true and correct copy of the foregoing was served by the Court's CM/ECF system in all counsel of record.

                                                       */s/ Peter Zeidenberg*
                                                       Peter Zeidenberg