**From:** "Riedl, Daniel J. (USAOHN)" <DRiedl@usa.doj.gov>
**To:** "Eric Nemecek" <ecn@fanlegal.com>
**Cc:** "Bennett, Mark S. (USAOHN)" <MBennett3@usa.doj.gov>, "Ian Friedman" <inf@fanlegal.com>
**Subject:** Logs and Timeline - Lu
**Date:** Wed, 02 Sep 2020 02:32:01 -0000
**Importance:** Normal
**Attachments:** Activity.zipx

---

Eric,
To follow up on our discussion from last week, attached please find additional reports in the matter of Davis Lu. We endeavored to only include the most relevant materials but we do have additional logs so please let me know if there are specific materials that you believe would assist in plea negotiations.
I will send the password for the attached file in a separate email.
I am out of the office this week but Mark and I are just about done with our interviews and intend to start drafting the indictment upon my return.
As always, don't hesitate to let me know if you have any questions.

Sincerely yours,
Dan Riedl