| | |
|---|---|
| **From:** | Deckert, Brian (USAOHN) |
| **To:** | Eric Nemecek |
| **Cc:** | Riedl, Daniel J. (USAOHN) (DRiedl@usa.doj.gov) |
| **Subject:** | USA v. Davis Lu |
| **Date:** | Thursday, April 14, 2022 10:59:00 AM |
| **Attachments:** | image001.png |

Eric,

The daily user audit logs for 9/3/2019-12/31/2019 have been added to USAfx in response to your request for item 6 on January 13, 2022.

Brian S. Deckert
Assistant United States Attorney
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Telephone: (216) 622-3873
Cell: (216) 318-2658
Brian.Deckert@usdoj.gov

