| | |
|---|---|
| **From:** | Deckert, Brian (USAOHN) |
| **To:** | Eric Nemecek |
| **Subject:** | RE: Davis Lu |
| **Date:** | Tuesday, April 12, 2022 10:09:00 AM |
| **Attachments:** | image001.png |

Eric,

Regarding Item 6 of your discovery request (Electrical Enovia server restart logs from SiteScope from January 1, 2019, to December 31, 2019, including any/all email notifications sent to users):

Eaton still possesses the Sitescope daily audit logs from 9/3/2019 – 12/31/2019 and can provide them.  Eaton purges the restart logs/alerts from Sitescope after 40 days so those records are no longer available

I have asked Eaton to provide me the daily audit logs from 9/3/2019 – 12/31/2019 and I will get them to you when I receive them.

Brian S. Deckert
Assistant United States Attorney
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Telephone: (216) 622-3873
Cell: (216) 318-2658
Brian.Deckert@usdoj.gov



**From:** Eric Nemecek <ecn@fanlegal.com>
**Sent:** Wednesday, March 16, 2022 4:03 PM
**To:** Deckert, Brian (USAOHN) <BDeckert@usa.doj.gov>
**Subject:** [EXTERNAL] Davis Lu

Brian,

I just spoke with our expert.  He confirmed that the spreadsheet crops out certain information/text when opened, and that he is unable to expand the columns.  He thinks that you/Eaton may have different privileges in the USAfx account that allow you to open and manipulate the document, whereas we might only have viewing privileges.  I'm not sure if there's a way to change the file format or some other work-around to resolve the issue.  If not, maybe you can simply email me a copy of the spreadsheet and I can forward it to the expert (obviously with the same restrictions on

dissemination, etc., set forth in the Protective Order).

Thanks,

**Eric C. Nemecek, Esq.**
Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, Ohio 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com

**Friedman & Nemecek, L.L.C. - Confidential Communication**
This transmission contains confidential information intended only for the addressee(s) and may also be privileged and/or subject to attorney work-product protection. If you are not the intended recipient, any use, dissemination, distribution, or copying of this document or its contents is strictly prohibited. If you receive this message in error, please contact the sender immediately either by return E-mail or by telephone at (216) 928-7700. Thank You.