```
2019-09-03 03:45:02 - User: Rushikesh Avadhoot. Operation performed:
logged in.
2019-09-03 03:45:46 - User: Rushikesh Avadhoot. Operation performed:
logged out.
2019-09-03 03:46:31 - User: Rushikesh Avadhoot. Operation performed:
logged in.
2019-09-03 03:47:55 - User: Rushikesh Avadhoot. Operation performed:
logged in.
2019-09-03 03:51:51 - User: Rushikesh Avadhoot. Operation performed:
Start to generate 'Quick' report for targets:'
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP00-S1
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP01
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP11
SiteScope\Enterprise\Qlikview 12\PROD\USLTCSQVP00-S1 Storage Performance
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP10
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP00-S2
SiteScope\Enterprise\Qlikview 12\PROD\CPU Utilization on USLTCSQVP12
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP05
SiteScope\Enterprise\Qlikview 12\PROD\URL http://usltcsqvp01:4780/qmc/
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP02
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP14
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP01
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP04
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP13
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP03
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP02
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP12
SiteScope\Enterprise\Qlikview 12\PROD\USLTCSQVP00-S2 Storage Performance
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP06
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP05
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP04
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP07
SiteScope\Enterprise\Qlikview 12\PROD\URL http://usltcsqvp13/qlikview/
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP03
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP06
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP09
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP08
SiteScope\Enterprise\Qlikview 12\PROD\QlikView Services State on
USLTCSQVP07
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP08
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP010
```

```
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP09
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP14
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP13
SiteScope\Enterprise\Qlikview 12\PROD\Ping USLTCSQVP00-S2
SiteScope\Enterprise\Qlikview 12\PROD\CPU Utilization on USLTCSQVP08
SiteScope\Enterprise\Qlikview 12\PROD\Ping USLTCSQVP00-S1
SiteScope\Enterprise\Qlikview 12\PROD\CPU Utilization on USLTCSQVP07
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP012
SiteScope\Enterprise\Qlikview 12\PROD\CPU Utilization on USLTCSQVP06
SiteScope\Enterprise\Qlikview 12\PROD\Memory on USLTCSQVP011
SiteScope\Enterprise\Qlikview 12\PROD\CPU Utilization on USLTCSQVP05
SiteScope\Enterprise\Qlikview 12\PROD\CPU Utilization on USLTCSQVP11
SiteScope\Enterprise\Qlikview 12\PROD\CPU Utilization on USLTCSQVP10
SiteScope\Enterprise\Qlikview 12\PROD\CPU Utilization on USLTCSQVP09
'
2019-09-03 03:55:56 - User: Rushikesh Avadhoot. Operation performed: Finish to generate 'Quick' report.
2019-09-03 06:03:57 - User: James Ferguson. Operation performed: logged in.
2019-09-03 07:03:55 - User: E9873351. Operation performed: logged in.
2019-09-03 07:06:25 - User: E9873351. Operation performed: UPDATE Monitor 'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod Monitoring\pc test' start:
2019-09-03 07:06:25 - User: E9873351. Operation performed: Monitor 'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod Monitoring\pc test' update: '_timedDisable' updated from '' to '07:06:25 09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:25 - User: E9873351. Operation performed: UPDATE Monitor 'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod Monitoring\pc test' end.
2019-09-03 07:06:25 - User: E9873351. Operation performed: UPDATE Monitor 'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod Monitoring\Check OACORE Bounce P208' start:
2019-09-03 07:06:25 - User: E9873351. Operation performed: Monitor 'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod Monitoring\Check OACORE Bounce P208' update: '_timedDisable' updated from '' to '07:06:25 09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:25 - User: E9873351. Operation performed: UPDATE Monitor 'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod Monitoring\Check OACORE Bounce P208' end.
2019-09-03 07:06:25 - User: E9873351. Operation performed: UPDATE Monitor 'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod Monitoring\AdminServer logfile Monitoring\AdminServer fs1 AdminServer.log' start:
2019-09-03 07:06:25 - User: E9873351. Operation performed: Monitor 'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod Monitoring\AdminServer logfile Monitoring\AdminServer fs1 AdminServer.log' update: '_timedDisable' updated from '' to '07:06:25 09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:25 - User: E9873351. Operation performed: UPDATE Monitor 'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod Monitoring\AdminServer logfile Monitoring\AdminServer fs1 AdminServer.log' end.
```

```
2019-09-03 07:06:25 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\AdminServer logfile Monitoring\AdminServer fs1
EBS_domain_P208.log' start:
2019-09-03 07:06:25 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\AdminServer logfile Monitoring\AdminServer fs1
EBS_domain_P208.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:25 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\AdminServer logfile Monitoring\AdminServer fs1
EBS_domain_P208.log' end.
2019-09-03 07:06:25 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\AdminServer logfile Monitoring\AdminServer fs2
AdminServer.log' start:
2019-09-03 07:06:25 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\AdminServer logfile Monitoring\AdminServer fs2
AdminServer.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:25 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\AdminServer logfile Monitoring\AdminServer fs2
AdminServer.log' end.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\AdminServer logfile Monitoring\AdminServer fs2
EBS_domain_P208.log' start:
2019-09-03 07:06:26 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\AdminServer logfile Monitoring\AdminServer fs2
EBS_domain_P208.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\AdminServer logfile Monitoring\AdminServer fs2
EBS_domain_P208.log' end.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer1 fs2 forms_server1-
diagnostic.log' start:
2019-09-03 07:06:26 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer1 fs2 forms_server1-
diagnostic.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer1 fs2 forms_server1-
diagnostic.log' end.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
```

```
Monitoring\FormsServer logfile Monitoring\FormsServer1 fs2
forms_server1.log' start:
2019-09-03 07:06:26 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer1 fs2
forms_server1.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer1 fs2
forms_server1.log' end.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer2 fs2 forms_server2-
diagnostic.log' start:
2019-09-03 07:06:26 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer2 fs2 forms_server2-
diagnostic.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer2 fs2 forms_server2-
diagnostic.log' end.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer2 fs2
forms_server2.log' start:
2019-09-03 07:06:26 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer2 fs2
forms_server2.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer2 fs2
forms_server2.log' end.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer3 fs2 forms_server3-
diagnostic.log' start:
2019-09-03 07:06:26 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer3 fs2 forms_server3-
diagnostic.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer3 fs2 forms_server3-
diagnostic.log' end.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer3 fs2
forms_server3.log' start:
```

```
2019-09-03 07:06:26 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer3 fs2
forms_server3.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:26 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer3 fs2
forms_server3.log' end.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer1 fs1 forms_server1-
diagnostic.log' start:
2019-09-03 07:06:27 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer1 fs1 forms_server1-
diagnostic.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer1 fs1 forms_server1-
diagnostic.log' end.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer1 fs1
forms_server1.log' start:
2019-09-03 07:06:27 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer1 fs1
forms_server1.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer1 fs1
forms_server1.log' end.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer2 fs1 forms_server2-
diagnostic.log' start:
2019-09-03 07:06:27 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer2 fs1 forms_server2-
diagnostic.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer2 fs1 forms_server2-
diagnostic.log' end.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer2 fs1
forms_server2.log' start:
2019-09-03 07:06:27 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
```

```
Monitoring\FormsServer logfile Monitoring\FormsServer2 fs1
forms_server2.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer2 fs1
forms_server2.log' end.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer3 fs1 forms_server3-
diagnostic.log' start:
2019-09-03 07:06:27 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer3 fs1 forms_server3-
diagnostic.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer3 fs1 forms_server3-
diagnostic.log' end.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer3 fs1
forms_server3.log' start:
2019-09-03 07:06:27 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer3 fs1
forms_server3.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\FormsServer logfile Monitoring\FormsServer3 fs1
forms_server3.log' end.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\Oacore_server logfile monitoring\oacore_server1 fs2
oacore_server1.log' start:
2019-09-03 07:06:27 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\Oacore_server logfile monitoring\oacore_server1 fs2
oacore_server1.log' update: '_timedDisable' updated from '' to '07:06:25
09/03/2019;09:06:25 09/03/2019'.
2019-09-03 07:06:27 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\Oacore_server logfile monitoring\oacore_server1 fs2
oacore_server1.log' end.
2019-09-03 07:06:28 - User: E9873351. Operation performed: UPDATE Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\Oacore_server logfile monitoring\oacore_server11 fs2
oacore_server11.log' start:
2019-09-03 07:06:28 - User: E9873351. Operation performed: Monitor
'SiteScope\Enterprise\Oracle EBS Applications\UNIFY\P208 Prod
Monitoring\Oacore_server logfile monitoring\oacore_server11 fs2
```