

THE IMG CENTER
1360 EAST 9TH STREET, SUITE 650
CLEVELAND, OHIO 44114
TELEPHONE 216.928.7700
WWW.FANLEGAL.COM

Eric C. Nemecek, Esq.
ecn@fanlegal.com

April 27, 2022

**SENT VIA E-MAIL TO:** brian.deckert@usdoj.gov
AUSA Brian Deckert
United States Attorney's Office
801 West Superior Avenue, #400
Cleveland, Ohio 44113

    *Re:*    <u>*United States v. Lu*</u>, 1:21-CR-226

Brian:

    I hope this correspondence finds you well.  I went through the recently uploaded discovery documents with our expert.  There is an issue with the SiteScope log files that is prohibiting us from opening or viewing the materials.  I am assuming that it may be the same issue that we had with the other documents – namely, that the files are in a format that is incompatible with the USAfx software.  I am not sure if it would be easier to re-upload the files in a different format or simply provide them to me directly via email or Dropbox (again, with the understanding that they would still be subject to the same protections set forth in the Protective Order).

    Additionally, there are two (2) other SVN files that we need from the system, *to wit*: (1) the IPFilter.java: r5205 revision on July 9, 2019; and (2) the PLMLoginServlet.java: r5166 revision on June 4, 2019.  Please see if Eaton is able to extract and upload these files to the portal.

      Thank you in advance for your prompt attention to this matter.  I look forward to speaking with you soon.

                                    Very truly yours,

                                    */S/ Eric C. Nemecek*

*cc: file*