

U.S. Department of Justice

*United States Attorney*
*Northern District of Ohio*

United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852

April 28, 2022

Eric Nemecek, Esq.
1360 East 9th Street, Suite 650
Cleveland, 44114

Re:  *United States v. Davis Lu,* 1:21CR226

Dear Mr. Nemecek,

    Please find the enclosed drive containing the previously disclosed discovery response to item 6 in your January 13, 2022 request.  Per the protective order, the files should not be copied nor disseminated to anyone outside of the defense team.  Additionally, the drive and all files contained therein should be returned to the USAO at the conclusion of the case.

    Should you have any questions concerning the foregoing, please do not hesitate to contact me.

Sincerely,

Brian S. Deckert
Assistant United States Attorney