| | |
|---|---|
| **From:** | Eric Nemecek |
| **To:** | Deckert, Brian (USAOHN) |
| **Subject:** | [EXTERNAL] RE: Lu |
| **Date:** | Friday, July 15, 2022 12:58:51 PM |
| **Attachments:** | image001.png |

I think just the protected material (once I look through what's in there, I'll let you know if there's something else that I need from the earlier items).

Thanks,

**Eric C. Nemecek, Esq.**
Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, Ohio 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com

**Friedman & Nemecek, L.L.C. - Confidential Communication**
This transmission contains confidential information intended only for the addressee(s) and may also be privileged and/or subject to attorney work-product protection. If you are not the intended recipient, any use, dissemination, distribution, or copying of this document or its contents is strictly prohibited. If you receive this message in error, please contact the sender immediately either by return E-mail or by telephone at (216) 928-7700. Thank You.

**From:** Deckert, Brian (USAOHN) <Brian.Deckert@usdoj.gov>
**Sent:** Friday, July 15, 2022 12:54 PM
**To:** Eric Nemecek <ecn@fanlegal.com>
**Subject:** RE: Lu

Eric,

Do you need access to the original discovery or the protected discovery for the expert?

Brian S. Deckert
Assistant United States Attorney
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Telephone: (216) 622-3873
Cell: (216) 318-2658
Brian.Deckert@usdoj.gov



**From:** Eric Nemecek <ecn@fanlegal.com>
**Sent:** Friday, July 15, 2022 12:21 PM
**To:** Deckert, Brian (USAOHN) <BDeckert@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Lu

Hey Brian,

I ended up resetting my USAfx account password, and it appears to have solved the issue. Would your office be able to send me a link to access/view the Lu discovery materials again?

Thanks,

**Eric C. Nemecek, Esq.**
Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, Ohio 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com

**Friedman & Nemecek, L.L.C. - Confidential Communication**
This transmission contains confidential information intended only for the addressee(s) and may also be privileged and/or subject to attorney work-product protection. If you are not the intended recipient, any use, dissemination, distribution, or copying of this document or its contents is strictly prohibited. If you receive this message in error, please contact the sender immediately either by return E-mail or by telephone at (216) 928-7700. Thank You.

**From:** Deckert, Brian (USAOHN) <Brian.Deckert@usdoj.gov>
**Sent:** Friday, June 10, 2022 2:31 PM
**To:** Eric Nemecek <ecn@fanlegal.com>
**Cc:** Mara Hirz <mmh@fanlegal.com>; Riedl, Daniel J. (USAOHN) <Daniel.Riedl@usdoj.gov>
**Subject:** RE: Lu

Eric,

I uploaded the two redacted files to USAfx. I notice that you are no longer in the system but

your expert still is.  Were you aware of this?  If he has any issues viewing or opening the files, please let me know.

Brian S. Deckert
Assistant United States Attorney
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Telephone: (216) 622-3873
Cell: (216) 318-2658
Brian.Deckert@usdoj.gov



**From:** Eric Nemecek <ecn@fanlegal.com>
**Sent:** Tuesday, May 31, 2022 3:26 PM
**To:** Deckert, Brian (USAOHN) <BDeckert@usa.doj.gov>
**Cc:** Mara Hirz <mmh@fanlegal.com>; Riedl, Daniel J. (USAOHN) <DRiedl@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Lu

Thanks Brian.

**Eric C. Nemecek, Esq.**
Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, Ohio 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com

**Friedman & Nemecek, L.L.C. - Confidential Communication**
This transmission contains confidential information intended only for the addressee(s) and may also be privileged and/or subject to attorney work-product protection. If you are not the intended recipient, any use, dissemination, distribution, or copying of this document or its contents is strictly prohibited. If you receive this message in error, please contact the sender immediately either by return E-mail or by telephone at (216) 928-7700. Thank You.

**From:** Deckert, Brian (USAOHN) <Brian.Deckert@usdoj.gov>
**Sent:** Tuesday, May 31, 2022 3:23 PM

**To:** Eric Nemecek <ecn@fanlegal.com>
**Cc:** Mara Hirz <mmh@fanlegal.com>; Riedl, Daniel J. (USAOHN) <Daniel.Riedl@usdoj.gov>
**Subject:** RE: Lu

Yes, they are working on redacting those two files and as soon as I get them, I will forward hem to you.

Brian S. Deckert
Assistant United States Attorney
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Telephone: (216) 622-3873
Cell: (216) 318-2658
Brian.Deckert@usdoj.gov



**From:** Eric Nemecek <ecn@fanlegal.com>
**Sent:** Tuesday, May 31, 2022 3:22 PM
**To:** Deckert, Brian (USAOHN) <BDeckert@usa.doj.gov>
**Cc:** Mara Hirz <mmh@fanlegal.com>; Riedl, Daniel J. (USAOHN) <DRiedl@usa.doj.gov>
**Subject:** [EXTERNAL] Lu

Hey Brian,

Just checking to see if you heard anything from Eaton regarding the remaining discovery items that they were going to redact and upload. Feel free to shoot me an email or give me a call on cell to discuss at your convenience.

Thanks,

**Eric C. Nemecek, Esq.**
Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, Ohio 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com

**Friedman & Nemecek, L.L.C. - Confidential Communication**

This transmission contains confidential information intended only for the addressee(s) and may also be privileged and/or subject to attorney work-product protection. If you are not the intended recipient, any use, dissemination, distribution, or copying of this document or its contents is strictly prohibited. If you receive this message in error, please contact the sender immediately either by return E-mail or by telephone at (216) 928-7700. Thank You.