| | |
|---|---|
| **From:** | Deckert, Brian (USAOHN) |
| **To:** | "Eric Nemecek" |
| **Subject:** | RE: USA v Lu |
| **Date:** | Wednesday, August 17, 2022 4:36:00 PM |
| **Attachments:** | image001.png |

Eric,

I uploaded them again to USAfx.

Brian S. Deckert
Assistant United States Attorney
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Telephone: (216) 622-3873
Cell: (216) 318-2658
Brian.Deckert@usdoj.gov



**From:** Eric Nemecek
**Sent:** Wednesday, August 17, 2022 4:14 PM
**To:** Deckert, Brian (USAOHN)
**Subject:** [EXTERNAL] USA v Lu

Brian,

Our expert (Warner) said that there are certain files that were previously uploaded to the USAfx system, but are no longer accessible. The specific files that he needs to access are (1) Items.xlsx; (2) Juniper_E0083088.xlsx; and (3) ChangLinjar_systems.xlsx. Can you let me know what the issue is and/or what we need to do in order to access/view the materials?

Thanks,

**Eric C. Nemecek, Esq.**

Friedman & Nemecek, L.L.C.
1360 East 9th Street, Suite 650
Cleveland, Ohio 44114
P: (216) 928-7700
F: (216) 820-4659
E: ecn@fanlegal.com

**Friedman & Nemecek, L.L.C. - Confidential Communication**

This transmission contains confidential information intended only for the addressee(s) and may also be privileged and/or subject to attorney work-product protection. If you are not the intended recipient, any use, dissemination, distribution, or copying of this document or its contents is strictly prohibited. If you receive this message in error, please contact the sender immediately either by return E-mail or by telephone at (216) 928-7700. Thank You.