

U.S. Department of Justice

*United States Attorney*
*Northern District of Ohio*

United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852

November 2, 2022

Eric C. Nemecek, Esq.
1360 East 9th Street, Suite 650
Cleveland, Ohio 44114

                Re:    *United States v. Davis Lu*
                        Case No. 1:21-CR-226

Dear Mr. Nemecek,

    Please find the attached wallet drive containing additional discovery reports and documents in this matter. These documents are provided with the understanding that they are subject to the protective order. Additionally, the FBI provided an external hard drive containing the extractions of multiple electronic devices which will require a device capable of holding 2TB of data should you wish to have a copy.

    Please do not hesitate to contact me should you have any questions at 216-622-3873.

                        Sincerely,

                        Brian S. Deckert
                        Assistant United States Attorney

# Discovery Drive

| Name | Size | Type | Date Modified |
|---|---|---|---|
| DG1__DS_DIR_HDR | 3K | File | 10/25/2022 8:43:40 AM |
| DG1__DS_VOL_HDR | 3K | File | 10/25/2022 2:17:30 PM |
| DiscoveryExport_14481429_20221024-0750_MHANTZ.zip | 82601K | PKZIP File | 10/25/2022 7:45:16 AM |

## *Discovery Drive\Discovery Export*

| Name | Size | Type | Date Modified |
|---|---|---|---|
| 288A-CV-3168773-GJ_0000001.pdf | 384K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773-GJ_0000001_1A0000001_0000001.pdf | 574K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773-GJ_0000002.pdf | 384K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773-GJ_0000002_1A0000002_0000001_PHYSICAL.pdf | 1K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773-GJ_0000003.pdf | 384K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773-GJ_0000003_1A0000003_0000001_PHYSICAL.pdf | 1K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773-GJ_0000004.pdf | 384K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773-GJ_0000004_1A0000004_0000001.pdf | 87K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773-GJ_0000004_1A0000004_0000002.pdf | 586K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000001.pdf | 345K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000002.pdf | 434K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000002_1A0000001_0000001.pdf | 94K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000002_Import.pdf | 94K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000003.pdf | 437K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000003_1A0000002_0000001.pdf | 98K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000003_Import.pdf | 98K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000004.pdf | 390K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000005.pdf | 418K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000005_1A0000003_0000001.pdf | 213K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000006.pdf | 394K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000006_1A0000004_0000001.msg | 197K | Outlook Item | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000006_Import.msg | 197K | Outlook Item | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000007.pdf | 388K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000007_1A0000005_0000001.pdf | 248K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000008.pdf | 412K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000008_1A0000006_0000001.pdf | 835K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000009.pdf | 343K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000009_1A0000007_0000001.msg | 228K | Outlook Item | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000009_1A0000007_0000002.msg | 222K | Outlook Item | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000010.pdf | 396K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000011.pdf | 360K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000011_1A0000008_0000001.pdf | 295K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000011_1A0000008_0000002.pdf | 36K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000011_1A0000008_0000003.pdf | 36K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000011_1A0000008_0000004.pdf | 36K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000011_1A0000008_0000005.pdf | 295K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000011_1A0000008_0000006.pdf | 295K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000011_1A0000008_0000007.pdf | 36K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000011_1A0000008_0000008.pdf | 299K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000012.pdf | 894K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000012_1A0000009_0000001.pdf | 561K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000012_Import.pdf | 561K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000013.pdf | 344K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000013_1A0000010_0000001.pdf | 3529K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000013_1A0000010_0000002.pdf | 562K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000013_1A0000010_0000003.pdf | 9906K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000014.pdf | 410K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000014_1A0000011_0000001.zip | 6261K | PKZIP File | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000015.pdf | 391K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000015_1A0000012_0000001_PHYSICAL.pdf | 1K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000015_1A0000012_0000002.pdf | 406K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000015_1A0000012_0000003.pdf | 740K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000015_1A0000012_0000004.pdf | 332K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000015_1A0000012_0000005.pdf | 283K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000015_1A0000012_0000006.pdf | 519K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000016.pdf | 390K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000016_1A0000013_0000001.pdf | 567K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000016_1A0000013_0000002.pdf | 633K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000017.pdf | 344K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000017_1A0000014_0000001_PHYSICAL.pdf | 1K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000017_1A0000014_0000002.pdf | 281K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000018.pdf | 419K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000018_1A0000015_0000001.msg | 151K | Outlook Item | 10/24/2022 7:50:22 AM |

| Name | Size | Type | Date Modified |
|---|---|---|---|
| 288A-CV-3168773_0000019.pdf | 363K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000020.pdf | 415K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000020_1A0000016_0000001.pdf | 1098K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000021.pdf | 387K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000021_1A0000017_0000001.pdf | 475K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000022.pdf | 414K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000022_1A0000018_0000001.pdf | 979K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000023.pdf | 350K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000023_1A0000019_0000001.pdf | 149K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000024.pdf | 460K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000024_1A0000020_0000001.pdf | 1604K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000025.pdf | 408K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000025_1A0000021_0000001.docx | 68K | Microsoft Word Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000025_1A0000022_0000001.pdf | 645K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000026.pdf | 356K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000026_1A0000023_0000001_PHYSICAL.pdf | 1K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000027.pdf | 353K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000027_1A0000024_0000001.pdf | 449K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000028.pdf | 357K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000028_1A0000025_0000001.zip | 1370K | PKZIP File | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000029.pdf | 376K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000029_1A0000026_0000001.msg | 1040K | Outlook Item | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000030.pdf | 411K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000030_1A0000027_0000001.pdf | 860K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000031.pdf | 408K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000031_1A0000028_0000001.pdf | 683K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000032.pdf | 408K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000032_1A0000029_0000001.pdf | 1008K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000033.pdf | 371K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000033_1A0000030_0000001_PHYSICAL.pdf | 1K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000034.pdf | 467K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000034_1A0000031_0000001.pdf | 3048K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000035.pdf | 438K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000035_1A0000032_0000001.pdf | 1870K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000036.pdf | 350K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000036_1A0000033_0000001.msg | 389K | Outlook Item | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000036_1A0000033_0000002.msg | 145K | Outlook Item | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000037.pdf | 354K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000037_1A0000034_0000001.txt | 83K | Text Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000037_1A0000034_0000002.zip | 413K | PKZIP File | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000037_1A0000034_0000003.txt | 4K | Text Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000037_1A0000034_0000004.txt | 1K | Text Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000038.pdf | 351K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000039.pdf | 380K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000039_1A0000035_0000001.pdf | 986K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000040.pdf | 354K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000040_1A0000036_0000001.pdf | 255K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000040_1A0000037_0000001.pdf | 87K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000041.pdf | 351K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000041_1A0000038_0000001.pdf | 146K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000042.pdf | 1792K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000042_Import.pdf | 1505K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000043.pdf | 377K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000043_1A0000039_0000001_PHYSICAL.pdf | 1K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000044.pdf | 362K | Adobe Acrobat Document | 10/24/2022 7:50:22 AM |
| 288A-CV-3168773_0000044_1A0000040_0000001.pdf | 579K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000045.pdf | 380K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000045_1A0000041_0000001.pdf | 185K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000046.pdf | 383K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| manifest.xlsx | 17K | Microsoft Excel Worksheet | 10/24/2022 7:50:22 AM |

### *Discovery Drive\Discovery Export\officialRecords*

| Name | Size | Type | Date Modified |
|---|---|---|---|
| 288A-CV-3168773-GJ_0000001.pdf | 379K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773-GJ_0000002.pdf | 379K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773-GJ_0000003.pdf | 379K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773-GJ_0000004.pdf | 379K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000001.pdf | 341K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000002.pdf | 430K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000003.pdf | 433K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000004.pdf | 385K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000005.pdf | 413K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000006.pdf | 389K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000007.pdf | 383K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000008.pdf | 408K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |

| Name | Size | Type | Date Modified |
|---|---|---|---|
| 288A-CV-3168773_0000009.pdf | 338K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000010.pdf | 390K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000011.pdf | 356K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000012.pdf | 889K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000013.pdf | 339K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000014.pdf | 405K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000015.pdf | 386K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000016.pdf | 386K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000017.pdf | 339K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000018.pdf | 415K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000019.pdf | 358K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000020.pdf | 410K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000021.pdf | 383K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000022.pdf | 409K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000023.pdf | 345K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000024.pdf | 456K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000025.pdf | 404K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000026.pdf | 351K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000027.pdf | 348K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000028.pdf | 351K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000029.pdf | 371K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000030.pdf | 406K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000031.pdf | 403K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000032.pdf | 404K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000033.pdf | 367K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000034.pdf | 462K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000035.pdf | 433K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000036.pdf | 345K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000037.pdf | 349K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000038.pdf | 347K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000039.pdf | 375K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000040.pdf | 349K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000041.pdf | 346K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000042.pdf | 1787K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000043.pdf | 373K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000044.pdf | 356K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |
| 288A-CV-3168773_0000045.pdf | 374K | Adobe Acrobat Document | 10/24/2022 7:50:18 AM |
| 288A-CV-3168773_0000046.pdf | 379K | Adobe Acrobat Document | 10/24/2022 7:50:20 AM |

### *Discovery Drive\GJ*

| Name | Size | Type | Date Modified |
|---|---|---|---|
| DG1__DS_DIR_HDR | 3K | File | 10/25/2022 10:22:36 AM |

### *Discovery Drive\GJ\1A2*

| Name | Size | Type | Date Modified |
|---|---|---|---|
| DG1__DS_DIR_HDR | 3K | File | 10/25/2022 10:19:00 AM |
| GJ_1A2084621.pdf | 1961K | Adobe Acrobat Document | 10/25/2022 10:17:40 AM |

### *Discovery Drive\GJ\1A3*

| Name | Size | Type | Date Modified |
|---|---|---|---|
| DG1__DS_DIR_HDR | 3K | File | 10/25/2022 10:22:36 AM |
| GJ_1A3084735.pdf | 231K | Adobe Acrobat Document | 10/25/2022 10:18:04 AM |

### *Discovery Drive\GJ\1A5*

| Name | Size | Type | Date Modified |
|---|---|---|---|
| Comcast Legal Response Center Portal  Response Delivery..msg | 73K | Outlook Item | 10/25/2022 9:16:38 AM |
| DG1__DS_DIR_HDR | 3K | File | 10/25/2022 10:18:38 AM |
| FInal Response  LCR445089.docx | 31K | Microsoft Word Document | 10/2/2019 11:42:12 AM |

### *Discovery Drive\Physical 1A - Non GJ*

| Name | Size | Type | Date Modified |
|---|---|---|---|
| DG1__DS_DIR_HDR | 3K | File | 10/25/2022 2:17:30 PM |

### *Discovery Drive\Physical 1A - Non GJ\1A14*

| Name | Size | Type | Date Modified |
|---|---|---|---|
| 3947.156751345.txt | 56810K | Text Document | 10/3/2019 7:33:30 AM |
| DG1__DS_DIR_HDR | 3K | File | 10/25/2022 1:01:24 PM |

### *Discovery Drive\Physical 1A - Non GJ\1A23*

| Name | Size | Type | Date Modified |
|---|---|---|---|
| 19282276_Production.zip.gpg | 188K | PKZIP File | 10/8/2019 5:35:52 PM |
| Apple Response; Case Number 119mj3262; (19282276).msg | 83K | Outlook Item | 10/9/2019 8:15:18 AM |
| Apple Response; Case Number 119mj3262; (19282276)_.msg | 281K | Outlook Item | 10/9/2019 8:15:30 AM |
| Apple Response; Case Number_ 1_19mj3262; (19282276).pdf | 590K | Adobe Acrobat Document | 10/9/2019 8:18:56 AM |
| DG1__DS_DIR_HDR | 3K | File | 10/25/2022 12:36:16 PM |

### *Discovery Drive\Physical 1A - Non GJ\1A30*

| Name | Size | Type | Date Modified |
|---|---|---|---|
| DG1__DS_DIR_HDR | 3K | File | 10/25/2022 1:01:52 PM |
| GJ_1A30_124937.pdf | 1604K | Adobe Acrobat Document | 10/25/2022 12:59:20 PM |

### *Discovery Drive\Physical 1A - Non GJ\1A39*

| Name | Size | Type | Date Modified |
|---|---|---|---|
| 1A39_a__130306.pdf | 294K | Adobe Acrobat Document | 10/27/2022 7:58:38 AM |
| 1A39_b__130306.pdf | 859K | Adobe Acrobat Document | 10/27/2022 7:59:22 AM |
| DG1__DS_DIR_HDR | 3K | File | 10/27/2022 8:05:44 AM |