FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    09/25/2019

**FEDERAL GRAND JURY INFORMATION**

This document contains information pertaining to a federal grand jury proceeding. The information may not be disseminated within or outside the FBI, except as provided for under Federal Rule of Criminal Procedure 6(e)(3), wherein disclosure may be made to: (1) an attorney for the government for use in performing that attorney's official duties; or (2) any government personnel that an attorney for the government considers necessary to assist in performing that attorney's official duties.

On September 23, 2019, SA Monica Hantz served a Federal Grand Jury Subpoena on Eaton. The subpoena was served in person at 1000 Eaton Boulevard, Beachwood, Ohio. The subpoena requested responsive documents related to the following:

Any all records associated with Eaton employee Davis Lu aka E Lu, date of birth December 22, 1969. The records return should include but is not limited to Davis Lu aka E Lu personnel file and records of payment including direct deposit information. Additionally, please provide all emails to and from Mr. Lu's Eaton email account.

A copy of the subpoena will be maintained in the 1A section of this communication.

Investigation on 09/23/2019 at Beachwood, Ohio, United States (In Person)

File # 288A-CV-3168773-GJ    Date drafted 09/23/2019

by MONICA HANTZ

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.