AO110 (Rev. 04/07) Subpoena to Testify Before Grand Jury

# UNITED STATES DISTRICT COURT

Northern   DISTRICT OF   Ohio

TO:

Eaton Corporation
1000 Eaton Blvd
Beachwood, OH 44122

**SUBPOENA TO TESTIFY
BEFORE GRAND JURY**

SUBPOENA FOR:
☐ PERSON   ☑ DOCUMENT(S) OR OBJECT(S)

YOU ARE HEREBY COMMANDED to appear and testify before the Grand Jury of the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM |
|---|---|
| Carl B. Stokes U.S. Courthouse<br>801 W. Superior Avenue<br>Cleveland, Ohio 44113 | Grand Jury Suite, Lower Level 1 |
| | DATE AND TIME<br>10/15/2019 at 9:00 am |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

Please provide: Any all records associated with Eaton employee Davis Lu aka E Lu, date of birth December 22, 1969. The records return should include but is not limited to Davis Lu aka E Lu personnel file and records of payment including direct deposit information. Additionally, please provide all emails to and from Mr. Lu's Eaton email account.

YOU MAY SEND THE REQUESTED RECORDS, PREFERABLY IN ELECTRONIC FORMAT ON CD, VIA EXPRESS MAIL, OR OVERNIGHT DELIVERY SERVICE DIRECTLY TO SPECIAL AGENT Monica Hantz at 1501 Lakeside Avenue E, Cleveland, OH 44114 OR IN ELECTRONIC FORMAT VIA E-MAIL TO mhantz@fbi.gov, AND THEREBY AUTHORIZE THE SPECIAL AGENT TO PRESENT THE DOCUMENTS TO THE GRAND JURY ON YOUR BEHALF.

☐ *Please see additional information on reverse.*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| CLERK<br>SANDY OPACICH, CLERK | DATE |
|---|---|
| (By) Deputy Clerk<br>/s/ Robert T. Pitts | 9/19/2019 |

This subpoena is issued on application of the United States of America

NAME, ADDRESS AND PHONE NUMBER OF ASSISTANT U.S. ATTORNEY
Daniel J. Riedl, Assistant U.S. Attorney
400 United States Courthouse, 801 West Superior Avenue
Cleveland, Ohio 44113 Telephone: 216-622- 3669
Special Agent Monica Hantz Telephone: 216-798-9436

* If not applicable, enter "none".   USAO#   2019R00987

AO110 (Rev. 04/07) Subpoena to Testify Before Grand Jury

| RETURN OF SERVICE [1] | | |
|---|---|---|
| | DATE | PLACE |
| RECEIVED BY SERVER | 9/23/2019 | Beachwood, OH |
| | DATE | PLACE |
| SERVED | 9/23/2019 | Beachwood, OH |
| SERVED ON (PRINT NAME) Eaton (in person) | | |
| SERVED BY (PRINT NAME) Monica Hantz | | TITLE SA |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 0.00 |

DECLARATION OF SERVER [2]

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 9/23/2019
DATE

SIGNATURE OF SERVER: Monica [signature]

ADDRESS OF SERVER: 1501 Lakeside Ave
Cleveland, OH 44114

ADDITIONAL INFORMATION

(1) As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(b), Federal Rules of Civil Procedure.
(2) "Fees and mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(b), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 USC 1825, Rule 17(b) Federal Rules of Criminal Procedure)".