FD-302 (Rev. 5-8-10)

-1 of 1-

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   09/27/2019

**FEDERAL GRAND JURY INFORMATION**

This document contains information pertaining to a federal grand jury proceeding. The information may not be disseminated within or outside the FBI, except as provided for under Federal Rule of Criminal Procedure 6(e)(3), wherein disclosure may be made to: (1) an attorney for the government for use in performing that attorney's official duties; or (2) any government personnel that an attorney for the government considers necessary to assist in performing that attorney's official duties.

On September 23, 2019, SA Monica Hantz received a response from Matthew Coberly, Eaton Corporation. The response was provided pursuant to a Federal Grand Jury Subpoena served on Eaton on the same day, requesting records associated to Eaton employee DAVIS LU aka E LU.

The response will be maintained in the 1A section of the investigative file.

Investigation on  09/23/2019  at  Beachwood, Ohio, United States (In Person)

File #  288A-CV-3168773-GJ                    Date drafted  09/27/2019

by  MONICA HANTZ

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.