

GOVERNMENT EXHIBIT 1:21CR226 13



Gov. Ex. 13 Pg 2 of 6





Gov. Ex. 13 Pg 4 of 6



Gov. Ex. 13 Pg 5 of 6



Gov. Ex. 13 Pg 6 of 6