

Gov. Ex. 40_Davis Power Point Pg 52 of 68



Gov. Ex. 40_Davis Power Point Pg 53 of 68

| | **Gov Exhibit 13** <br> System error notification emails | |
|---|---|---|
| Page 1 | 8/4/2019 8:42:17 AM | ITAR Enovia system |
| Page 2 | 8/13/2019 9:43:58 AM | ITAR Enovia system |
| Page 3 | 8/6/2019 5:09:05 AM | Non-ITAR Enovia system |
| Page 4 | 8/14/2019 10:34:32 AM | Non-ITAR Enovia system |
| Page 5 | 8/13/2019 5:58:37 AM | Non-ITAR Enovia system |
| Page 6 | 8/16/2019 11:23:35 AM | Non-ITAR Enovia system |